**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Kevin Lamont GOURDINE, a.k.a.**
**Blue, Defendant–Appellant.**

**No. 12–12463**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

May 7, 2014.

R. Brian Tanner, James D. Durham, Karl I. Knoche, Frederick Kramer, III, James C. Stuchell, Edward J. Tarver, U.S. Attorney's Office, Savannah, GA, for Plaintiff–Appellee.

E. Vaughn Dunnigan, E. Vaughn Dunnigan, P.C., Atlanta, GA, for Defendant–Appellant.

Kevin Lamont Gourdine, Miami, FL, pro se.

Before PRYOR, MARTIN and JORDAN, Circuit Judges.

PER CURIAM:

E. Vaughn Dunnigan, appointed counsel for Kevin Lamont Gourdine in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because indepen-dent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Gourdine's conviction and sentence are **AFFIRMED.**